AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SCOOTER G. MAHONEY,

                         Plaintiff,

           v.

DELTA AIRLINES, INC., and AETNA LIFE INSURANCE COMPANY,

                         Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-0198-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is granted. Judgment is found in favor of Defendants'.

January 6, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard